IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Hargrave, Lolita L

Printed: 02/03/09

Case Number:  06 B 11572
Judge:  Goldgar, A. Benjamin
Filed:  9/15/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: December 23, 2008
Confirmed: November 7, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,276.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,095.23 |
| Trustee Fee: |  | 180.77 |
| Other Funds: |  | 0.00 |
| Totals: | 3,276.00 | 3,276.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 3,307.83 | 3,095.23 |
| 2. | America's Financial Choice Inc | Unsecured | 18.15 | 0.00 |
| 3. | T Mobile USA | Unsecured | 53.38 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 20.00 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 43.85 | 0.00 |
| 6. | Affiliated | Unsecured | 337.07 | 0.00 |
| 7. | CB USA | Unsecured | 6.30 | 0.00 |
| 8. | Nicor Gas | Unsecured | 146.15 | 0.00 |
| 9. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 10. | Internal Revenue Service | Priority | | No Claim Filed |
| 11. | Account Recovery Service | Unsecured | | No Claim Filed |
| 12. | Comcast | Unsecured | | No Claim Filed |
| 13. | America's Financial Choice Inc | Unsecured | | No Claim Filed |
| 14. | American Collections & Credit | Unsecured | | No Claim Filed |
| 15. | Cash Advance | Unsecured | | No Claim Filed |
| 16. | Cash Advance | Unsecured | | No Claim Filed |
| 17. | AmeriCash Loans, LLC | Unsecured | | No Claim Filed |
| 18. | Certified Recovery | Unsecured | | No Claim Filed |
| 19. | Credit Protection Association | Unsecured | | No Claim Filed |
| 20. | Credit Protection Association | Unsecured | | No Claim Filed |
| 21. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 22. | Collection Company Of America | Unsecured | | No Claim Filed |
| 23. | Financial Processing | Unsecured | | No Claim Filed |
| 24. | Marauder Corporation | Unsecured | | No Claim Filed |
| 25. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 26. | Marauder Corporation | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Hargrave, Lolita L

Printed: 02/03/09

Case Number:  06 B 11572
Judge:  Goldgar, A. Benjamin
Filed:  9/15/06

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Medical Collections | Unsecured | | No Claim Filed |
| 28. | Nationwide Credit Service | Unsecured | | No Claim Filed |
| 29. | National Title Loans Inc | Unsecured | | No Claim Filed |
| 30. | Sun Cash | Unsecured | | No Claim Filed |
| 31. | Pay Day Loans | Unsecured | | No Claim Filed |
| 32. | SBC | Unsecured | | No Claim Filed |
| 33. | Plaza Associates | Unsecured | | No Claim Filed |
| 34. | Ronald B Roman | Unsecured | | No Claim Filed |
| 35. | Wexler & Wexler | Unsecured | | No Claim Filed |
| 36. | Southwest Laboratory Physican | Unsecured | | No Claim Filed |
| 37. | Sun Cash | Unsecured | | No Claim Filed |
| 38. | Jefferson Capital | Unsecured | | No Claim Filed |
| | | | $ 3,932.73 | $ 3,095.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 36.28 |
| 5.4% | 95.27 |
| 6.5% | 43.68 |
| 6.6% | 5.54 |
| | $ 180.77 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: